UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MELISSA A. KOTULSKI, | Case No. 3:24-cv-00446-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WILLIAM A. KEMP, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 10), recommending the Court grant Plaintiff's request to voluntarily dismiss this action (ECF No. 9). To date, no objection to the R&R has been filed, though Plaintiff submitted a letter about proceedings involving property in another state (ECF No. 11). Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err in construing Plaintiff's motion (ECF No. 11) as a request for voluntary dismissal. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)).

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 10) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 4th Day of December 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE